MORGAN, LEWIS & BOCKIUS LLP

Scott D. Sherwin (*pro hac vice* forthcoming)
Karon N. Fowler (CA Bar No. 308145)
Michael T. Sikora (*pro hac vice* forthcoming)
scott.sherwin@morganlewis.com
karon.fowler@morganlewis.com
michael.sikora@morganlewis.com
110 North Wacker Drive
Chicago, IL  60606-1511
Tel:	+1.312.324.1000
Fax:	+1.312.324.1001

*Attorneys for Defendant Life360, Inc.*

(*additional counsel listed below*)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WirelessWerx IP, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>Life360, Inc.,<br><br>　　　　　　Defendant. | Case No. 3:23-cv-06725<br><br>**L.R. 6-1 STIPULATION TO EXTEND TIME FOR DEFENDANT TO ANSWER** |

Pursuant to L.R. 6-1(a), the parties hereby provide the Court notice of their written stipulation extending the time for Defendant Life360, Inc. to answer or otherwise respond to the Complaint (Dkt. 1) by sixty (60) days to March 25, 2024.  This stipulation will not alter the date of any event or any deadline already fixed by Court order.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
CHICAGO

L.R. 6-1 STIPULATION TO EXTEND TIME
FOR DEFENDANT TO ANSWER
3:23-CV-06725

| | |
|---|---|
| Dated: January 25, 2024 | Respectfully submitted by: |
| By: */s/ Susan S.Q. Kalra* | */s/ Karon N. Fowler* |
| | MORGAN, LEWIS & BOCKIUS LLP |
| Susan S.Q. Kalra (CA State Bar No. 16740) | |
| Email: skalra@rameyfirm.com | Scott D. Sherwin (*pro hac vice* forthcoming) |
| RAMEY LLP | Karon N. Fowler (CA Bar No. 308145) |
| 303 Twin Dolphin Drive, Suite 600 | Michael T. Sikora (*pro hac vice* forthcoming |
| Redwood City, CA 94065 | karon.fowler@morganlewis.com |
| Telephone: (800) 993-7499 | scott.sherwin@morganlewis.com |
| Fax: (832) 900-4941 | michael.sikora@morganlewis.com |
| | 110 North Wacker Drive |
| William P. Ramey, III (*pro hac vice anticipated*) | Chicago, IL  60606-1511 |
| 5020 Montrose Blvd., Suite 800 | Tel:  +1.312.324.1000 |
| Houston, Texas 77006 | Fax:  +1.312.324.1001 |
| Telephone: (713) 426-3923 | |
| Fax: (832) 689-9175 | *Attorneys for Defendant Life360, Inc.* |
| Email: wramey@rameyfirm.com | |
| | |
| *Attorneys for Plaintiff WirelessWerx IP, LLC* | |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
CHICAGO

2

L.R. 6-1 STIPULATION TO EXTEND TIME
FOR DEFENDANT TO ANSWER
3:23-CV-06725